3:19-cv-00474



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 09 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

**Notice:**

**No IFP Application, or Filing Fee was received with Initiating Documents.**